OPINION — AG — **** COURT FUND — RADIOS — OFFICE RENT ****
1. THE COUNTY SHERIFF'S TWO WAY RADIOS MAY NOT BE MAINTAINED WITH MONIES FROM THE NEW COURT FUND. 2. RENT FOR AN OFFICE OF THE SPECIAL JUDGE MAY NOT BE PAID FROM THE COURT FUND IN COUNTIES WITH A POPULATION OF 300,000 OR LESS. 3. A SPECIAL JUDGE'S FULL-TIME SECRETARY MAY NOT BE PAID FROM THE COURT FUND. CITE: OPINION NO. 69-202, 20 O.S. 1968 Supp., 1304 [20-1304], 20 O.S. 1968 Supp., 1305 [20-1305], PRUDENCE LITTLE ** SEE: OPINION NO. 71-296 (1971) ** ** SEE: OPINION NO. 71-355 (1971) **